# UNITED STATES DISTRICT COURT
## District of Minnesota

Jerald Boitnott,

               Plaintiff(s),

v.

TCF Banking & Savings, F.A. d/b/a TCF Bank and TCF National Bank,

               Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case Number:   18-cv-3062 (DSD/KMM)

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The motion to dismiss [ECF No. 7] is granted; and
2. The case is dismissed with prejudice.

Date:  December 26, 2018

KATE M. FOGARTY, CLERK

s/Jennifer Beck

(By)  Jennifer Beck, Deputy Clerk